# U.S. Bankruptcy Court
## Western District of Texas

In re:

Case No.**26–10074–smr**

Chapter No.**7**

**TERRY JAMES DODD, JR**
Debtor

Adv. Proc. No.**26–01026–smr**

**TERRY JAMES DODD, JR**
Plaintiff
v.
**U.S. DEPARTMENT OF EDUCATION AND NELNET ET. AL.**
Defendant

### *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

> **Clerk, U.S. Bankruptcy Court**
> **Western District of Texas**
> **903 San Jacinto, Ste 322**
> **Austin, TX 78701**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

> **Clayton L Everett**
> **515 E. Border St.**
> **Ste 163**
> **76010**
> **Arlington, TX 76010**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**04/24/2026**

**Robert J. Lawson, Clerk Of Court**

*Robert J. Lawson*

**continued caption:**

**Listing Of Defendant Names:**

U.S. DEPARTMENT OF EDUCATION

400 MARYLAND AVE., SW

WASHINGTON, DC 20202

NELNET

P.O. BOX 82561

LINCOLN, NE 68501–2561

SALLIE MAE

P.O. BOX 9500

WILKES–BARRE, PA 18773–9500

# CERTIFICATE OF SERVICE

I, <u>Clayton L. Everett</u> (name), certify that service of this summons and a copy of the complaint was made <u>April 27, 2026</u> (date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Sallie Mae | Corporation Service Company |
| P.O. Box 3319, | 15 West South Temple, Suite 600, |
| Wilmington, DE 19804-4319 | Salt Lake City, Utah, 84101 |
| & CMRR: 9589 0710 5270 3001 8215 65 | & CMRR: 9589 0710 5270 3001 8215 72 |

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

Print Name: _____

Business Address: _____

_____